

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2018

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Andrew Bachman*
               15 Cr. 253 (JMF)

Dear Judge Furman:

    The above-referenced defendant, Andrew Bachman, is currently scheduled to be sentenced on June 5, 2018 at 3:30 pm. The Government has conferred with counsel for the defendant, and now respectfully writes to request, on behalf of both parties, a brief adjournment of the scheduled sentencing date. The reason for the request is that the Government is still in the process of preparing its sentencing letter with regard to the defendant, and the defense needs time to review the Government's letter before filing its own submission. The parties are available to appear for the sentencing during the weeks of June 18, 2018 or June 25, 2018, or the weeks of July 11, 2018 and July 23, 2018.

    The Government thanks the Court for its consideration of this request.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney

                       By:    ___/s/ Sarah Paul_____
                              Sarah E. Paul
                              Assistant United States Attorney
                              (212) 637-2326

cc: D. Loren Washburn, Esq. (By ECF)